CHARLES D. COCHRAN, Esq. [State Bar No. 98064]
RACHAEL ERICKSON, Esq. [State Bar No. 217445]
KORNBLUM, COCHRAN, ERICKSON & HARBISON, LLP
50 Old Courthouse Square, Suite 601
Santa Rosa, CA  95404
(707) 544-9006 - Telephone
(707) 544-7213 - Facsimile

Attorneys for Plaintiff
ANN DILLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN DILLETT, Individually as the personal representative of FRED C. DILLETT, <br><br>Plaintiff,<br><br>v.<br><br>FRED K. SCHRAM, et al.,<br><br>Defendants. | Case No.: C 15-01697 KAW <br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE, RULE 26(f) REPORT AND CASE MANAGEMENT STATEMENT** <br><br>Honorable:   Kandis A. Westmore |

## RECITALS

Pursuant to Local Rule 6-2(a), Plaintiff ANN DILLETT, Individually as the personal representative of FRED C. DILLETT, ("Plaintiff")  and Defendant FRED C. DILLETT, Individually and as Trustee of the Up River Family Trust, under Agreement dated 3/15/95 ("Defendant"), by and  through their respective counsel of record, hereby stipulate and agree as follows:

## RECITALS

1. Plaintiff and Defendant have agreed to extend the deadline for filing Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Conference Statements until September 1, 2015 or a date so ordered by this Court;

2. Plaintiff and Defendant have agreed to extend the deadline for the Initial Case

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE,
RULE 26(f) REPORT AND CASE MANAGEMENT STATEMENTS         1

Management Conference until September 8, 2015 or a date ordered by this Court;

3. An extension of time was granted to Defendant, pursuant to Stipulation, to file a responsive pleading on or before July 7, 2015.

4. Defendant WILMES has yet to appear in this matter.

5. A short continuance of the disclosures and Case Management Conference should have no effect on the schedule of the case.

## STIPULATION

**IT IS HEREBY STIPULATED** by and between the undersigned parties, and their respective attorneys of record, that the Initial Case Management Conference, Rule 26(f) Reports and Case Management Statements in above-captioned matter be continued to September 1, 2015 and September 8, 2105, or dates so ordered by this Court.

DATED: July 7, 2015                    KORNBLUM, COCHRAN, ERICKSON
                                       & HARBISON, LLP


                                 By:   */s/ Charles D. Cochran*
                                       Charles D. Cochran, Esq.
                                       Attorney for Plaintiff
                                       ANN DILLETT


DATED: July 7, 2015                    RAFF LAW APC


                                 By:   */s/ Daniel S. Raff*
                                       Daniel S. Raff, Esq.
                                       Attorney for Defendant
                                       FRED D. SCHRAM, Individually and as Trustee
                                       of Up River FamilyTrust, under Agreement
                                       dated 3/15/95


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/9/15                          _____
                                       Kandis A. Westmore
                                       Magistrate Judge

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE,
RULE 26(f) REPORT AND CASE MANAGEMENT STATEMENTS                          2