UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN DILLETT, Individually as the personal representative of FRED C. DILLETT,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br>FRED K. SCHRAM, Individually and as Trustee of the Up River Family Trust, under Agreement dated 3/15/95; et al.<br><br>　　　　　　　Defendants. | Case No.: C 15-01697 KAW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS**<br><br>Hon. Kandis A. Westmore<br>(No trial date set) |

　　　　Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
　　☐　Non-binding Arbitration (ADR L.R. 4)
　　☐　Early Neutral Evaluation (ENE)　(ADR L.R. 5)
　　☐　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
　　X　Private ADR *(please identify process and provider)*
　　　　<u>Mediation with Hon. W. Scott Snowden (retired)</u>

The parties agree to hold the ADR session by:
　　X　the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

　　☐　other requested deadline _____

Dated: 9-16-15

　　　　　　　　　　　　　　　　　　　　　　　　/s/ C. Cochran
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　　ANN DILLETT, Individually as the
　　　　　　　　　　　　　　　　　　　　　　　　personal representative of FRED C.
　　　　　　　　　　　　　　　　　　　　　　　　DILLETT

Dated: 9/18/15

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　FRED K. SCHRAM, Individually
　　　　　　　　　　　　　　　　　　　　　　　　and as Trustee of the Up River
　　　　　　　　　　　　　　　　　　　　　　　　Family Trust, under Agreement
　　　　　　　　　　　　　　　　　　　　　　　　dated 3/15/95; et al.

## [PROPOSED] ORDER

☒     The parties' stipulation is adopted and IT IS SO ORDERED.
☐     The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 9/21/15

*Kandis Westmore*

UNITED STATES MAGISTRATE JUDGE

---

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

---

Rev. 12/11