CHARLES D. COCHRAN, Esq. [State Bar No. 98064]
RACHAEL ERICKSON, Esq. [State Bar No. 217445]
KORNBLUM, COCHRAN, ERICKSON & HARBISON, LLP
50 Old Courthouse Square, Suite 601
Santa Rosa, CA  95404
(707) 544-9006 - Telephone
(707) 544-7213 - Facsimile

Attorneys for Plaintiff
ANN DILLETT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN DILLETT, Individually as the personal representative of FRED C. DILLETT, <br><br> Plaintiff, <br><br> v. <br><br> FRED K. SCHRAM, et al., <br><br> Defendants. | Case No.: C 15-01697 KAW <br><br> JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO CONTINUE ALL HEARING DATES; [~~PROPOSED~~] ORDER <br><br><br> Honorable:   Kandis A. Westmore |

NOTICE OF SETTLEMENT

Plaintiff ANN DILLETT, Individually as the personal representative of FRED C. DILLETT, and Defendant FREDERICK K. SCHRAM, individually and as Trustee of the Up River Family Trust, under Agreement dated 3/15/95, (hereafter the Parties) by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and continue them 120 days to retain jurisdiction over this case until Defendant can fully perform its duties as required under the settlement agreement. It is estimated that Defendant will fully perform its duties on or around April 16th, 2016.  Upon Defendant's completion of its duties (as mandated under the settlement agreement) and within two weeks after said completion, Parties will file with this Court a  notice of dismissal with prejudice.

JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO CONTINUE ALL HEARING DATES;

1

|   |   |   |
|---|---|---|
|   |   | Respectfully Submitted, |
| Dated: January 8, 2016 |   | KORNBLUM, COCHRAN, ERICKSON & HARBISON, LLP |
|   | By: | _____/s/_____<br>Charles D. Cochran<br>Attorneys for Plaintiff<br>ANN DILLETT |
| Dated: January 11, 2016 |   | RAFF LAW, APC |
|   | By: | _____/s/_____<br>Daniel S. Raff<br>Counsel for Defendant<br>FREDERICK K SCHRAM,<br>Individually and as Trustee of the Up River Family Trust, under Agreement dated 3/15/95 |

JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO CONTINUE ALL HEARING DATES;

## [PROPOSED] **ORDER**

A Joint Notice of Settlement having been filed and good cause appearing therefore, all due dates and hearing in this matter are continued 120 days.  This matter shall be scheduled for a further Case Management Conference on ___May 17, 2016_____.

IT IS SO ORDERED.

Dated:  __1/14/16_____      _____*Kandis Westmore*_____
                                                                 Kandis A. Westmore
                                                                 Magistrate Judge