UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANN C DILLETT,

    Plaintiff,

v.

FREDERICK K. SCHRAM,

    Defendant.

Case No. 15-cv-01697-KAW

**ORDER REQUIRING JOINT STATUS REPORT**

On January 11, 2016, the parties to the above-captioned case filed a "Joint Notice Regarding Settlement and Request to Continue Hearing Dates," Dkt. No. 25. In the filing, the parties indicated that they reached a settlement in this matter and estimated that Defendant would fully perform its duties on or around April 16, 2016. *Id.* at 1. The parties also indicated that they would file a dismissal with prejudice within two weeks of Defendant's compliance. *Id.* As of the filing of this order, the parties have not filed anything in this case. Accordingly, the parties shall file a joint status report within 7 days. The case management conference currently set for May 17, 2016 is continued to July 5, 2016.

IT IS SO ORDERED.

Dated: 05/11/16

                                                KANDIS A. WESTMORE
                                                United States Magistrate Judge