1  CHARLES D. COCHRAN, Esq. [State Bar No. 98064]
   KORNBLUM, COCHRAN, ERICKSON & HARBISON, LLP
2  50 Old Courthouse Square, Suite 601
   Santa Rosa, CA  95404
3  (707) 544-9006 - Telephone
   (707) 544-7213 - Facsimile
4
   Attorneys for Plaintiff
5  ANN DILLETT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN DILLETT, Individually as the personal representative of FRED C. DILLETT, <br><br>                    Plaintiff, <br><br>             v. <br><br> FRED K. SCHRAM, et al., <br><br>                    Defendants. | Case No.: C 15-01697 KAW <br><br> **STIPULATION OF DISMISSAL; ORDER THEREON** <br><br><br> Honorable:   Kandis A. Westmore |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1) that this entire action is hereby dismissed with prejudice.  Each party to pay its own costs and attorney fees.

   SO AGREED BY:


Dated:  June 20, 2016          /s/_____
                               Counsel for Plaintiff
                               ANN DILLETT


Dated:  June 20, 2016          /s/_____
                               Counsel for Defendant FREDERICK K SCHRAM,
                               Individually and as Trustee of the Up River
                               Family Trust, under Agreement dated 3/15/95

1

1  THEREFORE, IT IS HEREBY ORDERED that this case is dismissed, with prejudice, and each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED this __21st__ day of _____June_____, 2016.

*Kandis Westmore*
Hon. Judge. Kandis A. Westmore

2